JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, et al.,<br><br>Defendants. | No. CR-S-11-210 JAM<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Date: January 24, 2012<br>Time: 9:30 a.m.<br>Judge: Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vera Kuzmenko, Bruce Locke, Esq., counsel for defendant Nadia Kuzmenko, aka Nadia Reyes, Scott L. Tedmon, Esq., counsel for defendant Aaron New, Hayes H. Gable, III, Esq., counsel for defendant Edward Shevtsov, John R. Manning, Esq., counsel for defendant Peter Kuzmenko, Michael L. Chastaine, counsel for defendant Sergey Blizenko, Michael D. Long, Esq., counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq., counsel for defendant Rachel Siders, Eduardo G. Roy, Esq., and counsel for defendant Leah Isom, Candace A. Fry, Esq., that the status conference presently set for December 6, 2011 be **continued to January 24, 2012, at 9:30 a.m.,** thus **vacating** the presently set status conference.

Further, all of the parties, the United States of America and all of the defendants as stated

PDF created with pdfFactory trial version www.pdffactory.com

above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Codes T-2 (unusual or complex case) and T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, December 2, 2011, to and including January 24, 2012. This is based on the complexity of the case, including over 35,000 pages of discovery and the fact there are nine co-defendants.  The defense requests more time to review the discovery and conduct investigation. IT IS SO STIPULATED.

Dated: December 2, 2011                              /s/  Bruce Locke
                                                     BRUCE LOCKE
                                                     Attorney for Defendant
                                                     Vera Kuzmenko

Dated: December 2, 2011                              /s/  Scott L. Tedmon
                                                     SCOTT L. TEDMON
                                                     Attorney for Defendant
                                                     Nadia Kuzmenko,
                                                     aka Nadia Reyes

Dated: December 2, 2011                              /s/  Hayes H. Gable, III
                                                     HAYES H. GABLE, III
                                                     Attorney for Defendant
                                                     Aaron New

Dated: December 2, 2011                              /s/  John R. Manning
                                                     JOHN R. MANNING
                                                     Attorney for Defendant
                                                     Edward Shevtsov

Dated: December 2, 2011                              /s/  Michael L. Chastaine
                                                     MICHAEL L. CHASTAINE
                                                     Attorney for Defendant
                                                     Peter Kuzmenko

Dated: December 2, 2011                              /s/  Michael D. Long
                                                     MICHAEL D. LONG
                                                     Attorney for Defendant
                                                     Sergey Blizenko

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 2, 2011

/s/ Gary A. Talesfore
GARY A, TALESFORE
Attorney for Defendant
Vanik Atoyan

Dated: December 2, 2011

/s/ Eduardo G. Roy
EDUARDO G. ROY
Attorney for Defendant
Rachel Siders

Dated: December 2, 2011

/s/ Candace A. Fry
CANDACE A. FRY
Attorney for Defendant
Leah Isom

Dated: December 2, 2011

Benjamin B. Wagner
United States Attorney

by:     /s/ R. Steven Lapham
R. STEVEN LAPHAM
Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
EDWARD SHEVTSOV

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )    No. CR-S-11-210 JAM
                                   )
          Plaintiff,               )
                                   )    ORDER TO
                                   )    CONTINUE STATUS CONFERNCE
v.                                 )
                                   )
VERA KUZMENKO, et al.,             )
                                   )
          Defendants.              )
                                   )
                                   )
                                   )
_____

    GOOD CAUSE APPEARING, it is hereby ordered that based on the stipulation of the
parties, the Court finds that this case is unusual and complex and that it is unreasonable to expect
adequate preparation for pretrial proceedings and trial itself within the time limits established in
18 U.S.C. § 3161.  In addition, the Court specifically finds that the failure to grant a continuance
in  this case would deny defense counsel to this stipulation reasonable time necessary for
effective preparation, taking into account the exercise of due diligence.  The Court finds that the
ends of justice to be served by granting the requested continuance outweigh the best interests of
the public and the defendants in a speedy trial.

    The Court orders that the time from the date of the parties' stipulation, December 2,
2011, to and including January 24, 2012, shall be excluded from computation of time within
which the trial of this case must be commenced in the Speedy Trial Act, pursuant to 18 U.S.C. §
3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T2 (unusual and complex case) and T4

4

PDF created with pdfFactory trial version www.pdffactory.com

(preparation by defense counsel). It is further ordered that the December 6, 2011, status conference shall be continued until January 24, 2012.

IT IS SO ORDERED.

Dated: 12/5/2011                                    /s/ John A. Mendez_____
                                                    John A. Mendez
                                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com