Gary A. Talesfore, SBN 133116
2300 N. Street, Suite #1
Sacramento, CA 95816
(916) 448-0465
talesfor@pacbell.net

Attorney for Vanik Atoyan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>Vanik Atoyan,<br>Defendant(s). | Case Number: CR-S-11-210-JAM<br><br>STIPULATION MODIFYING CONDITIONS OF RELEASE |

IT IS HEREBY stipulated, between the United States of America through it undersigned counsel, R. Steven Lapham, Assistant United States Attorney, together with counsel for defendant Vanik Atoyan, Gary A. Talesfore, Esq. that the Conditions of Defendant Vanik Atoyan's release be modified to allow him to associate with co-defendant's who are members of his family. The parties request that this court modify the language in Mr. Vanik's pre-trial release to include the same language as Mr. Vanik's wife, Kristine Vanik, regarding contact with co-defendant's to read, "You shall not associate or have any contact with your co-defendants, excluding family members, unless in the presence of defense counsel or with prior approval by the pretrial service officer."

     The United States of America and Mr. Atoyan hereby agree and stipulate that the ends of justice are served by the granting of this slight modification of the terms of Mr.

PDF created with pdfFactory trial version www.pdffactory.com

Atoyan's release. Mr. Atoyan's family members (his wife, brother, brother in law and nephew) who are co-defendants in a related case CR-S-11-467 have the foregoing language as conditions of their pre-trial releases; only Mr. Atoyan's does not because there were no other family members listed as co-defendant's at the time of Mr. Atoyan's release.

IT IS SO STIPULATED.

DATED: December 28, 2011         /s/ Gary A. Talesfore
                                 GARY A. TALESFORE
                                 Attorney for Vanik Atoyan

DATED: December 28, 2011         Benjamin B. Wagner
                                 United States Attorney


                        by:      /s/ R.Steven Lapham
                                 R. Steven Lapham
                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

Gary A. Talesfore, SBN 133116
2300 N. Street, Suite #1
Sacramento, CA 95816
(916) 448-0465
talesfor@pacbell.net

Attorney for Vanik Atoyan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff(s),<br><br> vs.<br><br>Vanik Atoyan,<br>   Defendant(s). | Case Number:  CR-S-11-0467<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

GOOD CAUSE APPEARING, it is hereby ordered that based on the stipulation of the parties, the Court finds that this case is unusual in that four defendants are close members of the same family. The court specifically finds that the only reason Mr. Vanik is barred from associating with members of his family who are also co-defendants, including his wife, is because the related co-defendants were added subsequent to Defendant Vanik Atoyan's release. It is therefore ordered that Defendant Vanik Atoyan's conditions of release be modified as follows: "You shall not associate or have any contact with your co-defendants, excluding family members, unless in the presence of defense counsel or with prior approval with the court."

IT IS SO ORDERED:

DATED: 1/9/2012                /s/ John A. Mendez
                                   John A. Mendez
                                   United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com