John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, California 95814
Telephone: (916) 444-3994
Email: jmanninglaw@yahoo.com

Attorney for Defendant
EDWARD SHEVTSOV

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>EDWARD SHEVTSOV et al,<br><br>        Defendant. | 2:11 CR 0210-05 JAM<br><br>Stipulation and Order<br>Modifying Conditions of Release |

    Edward Shevtsov, by and through his attorney, John R. Manning, and the United States of America, by and through its' counsel, Steven Lapham, and Pretrial Services Officer Becky Fidelman, hereby agree and stipulate to amend defendant's conditions of release. The modification stipulated to herein is requested in light of the fact that Mr. Shevtsov's daughter lives in a home occupied by co-defendants Vera and Nadia Kuzmenko. Mr. Shevtsov necessarily comes into contact with Ms. Nadia Kuzmenko while visiting his daughter. (Mr. Shevtsov is presently allowed contact Ms. Vera Kuzmenko solely for the purpose of discussing issues related to their daughter.)

    Therefore, condition number 9 defendant's conditions of release, shall be modified and shall read:

    (9) You shall not associate with or have contact with the co-defendants in this case, with the exception of Vera and Nadia Kuzmenko, for the sole purpose of facilitating child custody and/or visitation issues or arrangements, unless in the presence of defense counsel.

1    Accordingly, all parties and Mr. Shevtsov agree with the above modifications.

3    Dated: March 27, 2012                    Respectfully submitted,

                                              /s/ John R. Manning
                                              JOHN R. MANNING
                                              Attorney for Defendant
                                              Edward Shevtsov

                                              /s/ Steven Lapham
                                              STEVEN LAPHAM
                                              Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: March 27, 2012.


                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

dad1.crim
shevtsov0210.stipord.modify.COR.wpd