```
MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorney for Defendant
Peter Kuzmenko
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 11 CR 210 JAM |
|---|---|
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE |
| v. | ) |
| PETER KUZMENKO., | ) |
| Defendants. | ) |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, PETER KUZMENKO, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of him which the Court may permit pursuant to this waiver; agrees that him interests will be deemed represented at all times by the presence of him attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in his absence.

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: July 6, 2012 \_\_\_/s/Peter Kuzmenko_____
Peter Kuzmenko
(Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: July 6, 2012 *Michael Chastaine /s/*_____
Michael Chastaine
Attorney for Peter Kuzmenko

It is so order

Dated: 7/9/2012 / John A. Mendez_____
John A. Mendez
U. S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com