MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for SERGEY BLIZENKO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-210 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER TO PROBATION TO CALCULATE |
| | ) DEFENDANT's CRIMINAL HISTORY SCORE |
| SERGEY BLIZENKO, | ) |
| | ) |
| Defendant. | ) |
| ==============================) | Judge: Hon. John A. Mendez |

The parties, Steve Lapham, Assistant United States Attorney, and Michael Long, attorney for Sergey Blizenko, jointly request that the court order the probation officer to draft a pre-plea report for the sole purpose of calculating defendant Sergey Blizenko's criminal history score.

Dated:  May 8, 2013              Respectfully submitted,

                                 /s/ Michael D. Long
                                 MICHAEL D. LONG
                                 Attorney for Sergey Blizenko


Dated:  May 8, 2013              BENJAMIN WAGNER
                                 United States Attorney

                                 /s/ Steven Lapham
                                 STEVEN LAPHAM
                                 Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA, ) No. CR-S-11-210 JAM
        Plaintiff, )
) ORDER TO PROBATION
  v. ) TO CALCULATE DEFENDANT'S
) CRIMINAL HISTORY SCORE
SERGEY BLIZENKO, )
        Defendant. )
=============================) Judge: Hon. John A. Mendez

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the United State Probation Office prepare a pre-plea report calculating the criminal history score of defendant Sergey Blizenko.

Dated: 5/8/2013                                    /s/ John A. Mendez
                                                            JOHN A. MENDEZ
                                                            United States District Court Judge